UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| CATHEDRAL CAPITAL (1988) LTD., ) | |
| ) | |
| Plaintiff/Counter-Defendant, ) | |
| ) | |
| v. ) | |
| ) | CASE NO. 2:10CV0052 |
| FRANK AND LORI GAUTHIER, individually, ) | Judge Haynes |
| and/or FRANK GAUTHIER and LORI ) | |
| GAUTHIER d/b/a CRANKY FRANKIE'S; and ) | |
| JAMESTOWN SPORTS GRILL, INC. and/or ) | |
| JAMESTOWN SPORTS GRILL, INC. d/b/a ) | |
| CRANKY FRANKIE'S, ) | |
| ) | |
| Defendants/Counter-Plaintiffs/ ) | |
| Third Party Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| MANAGING AGENCY PARTNERS, LTD., ) | |
| TRAVELERS SYNDICATE MANAGEMENT, ) | |
| LTD., HISCOX SYNDICATES LTD., ) | |
| BEAZLEY FURLONGE LTD., OMEGA ) | |
| UNDERWRITING AGENTS, LTD., BRIT ) | |
| SYNDICATES LTD., JUBILEE MANAGING ) | |
| AGENCY, LTD., R. J. KILN AND CO., LTD., ) | |
| AMLIN UNDERWRITING, LTD., ADVENT ) | |
| UNDERWRITING LTD., SAGICOR AT ) | |
| LLOYD'S LIMITED, and LIBERTY ) | |
| SYNDICATE MANAGEMENT LTD., ) | |
| ) | |
| Third Party Defendants. ) | |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(ii) of the Federal Rules of Civil Procedure, Plaintiff/Counter-

Defendant Cathedral Capital (1988) Ltd.; Defendants/Counter-Plaintiffs/Third Party Plaintiffs

Frank and Lori Gauthier, individually, and/or Frank Gauthier and Lori Gauthier d/b/a Cranky

Frankie's; and Jamestown Sports Grill, Inc. and/or Jamestown Sports Grill, Inc. d/b/a Cranky Frankie's; and Third Party Defendants Managing Agency Partners, Ltd., Travelers Syndicate Management, Ltd., Hiscox Syndicates Ltd., Beazley Furlonge Ltd., Omega Underwriting Agents, Ltd., Brit Syndicates Ltd., Jubilee Managing Agency, Ltd., R. J. Kiln And Co., Ltd., Amlin Underwriting, Ltd., Advent Underwriting Ltd., Sagicor At Lloyd's Limited, and Liberty Syndicate Management Ltd. hereby stipulate to the dismissal with prejudice of the Plaintiff's insurance coverage declaratory judgment action against the Defendants/Counter-Plaintiffs/Third Party Plaintiffs and to the dismissal with prejudice of the Defendants/Counter-Plaintiffs/Third Party Plaintiffs' Counterclaim and Third Party Complaint against Plaintiff/Counter-Defendant and the Third Party Defendants, respectively.

Respectfully submitted this 18th day of January 2011.

| | |
|---|---|
| */s/ Clinton H. Scott* | */s/ Renee Levay Stewart* |
| (with express permission) | Renee Levay Stewart |
| J. Brandon McWherter, Esq. | Tennessee Bar No. 018768 |
| Tennessee Bar No. 21600 | **NORTH, PURSELL, RAMOS** |
| Clinton H. Scott, Esq. | **& JAMESON, PLC** |
| Tennessee Bar No. 23008 | 414 Union Street |
| **GILBERT RUSSELL McWHERTER, PLC** | Bank of America Plaza, Suite 1850 |
| 101 North Highland Ave. | Nashville, TN 37219 |
| Jackson, Tennessee 38301 | (615) 255-2555 |
| (731) 664-1340 | (615) 255-0032 (fax) |
| (731) 664-1540 (fax) | rlstewart@nprjlaw.com |
| | |
| *Attorney for Defendants/Counter-Plaintiffs/ Third Party Plaintiffs* | *Attorney for Plaintiff/Counter- Defendant/Third Party Defendants* |

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| CATHEDRAL CAPITAL (1988) LTD., ) | |
| ) | |
| Plaintiff/Counter-Defendant, ) | |
| ) | |
| v. ) | |
| ) | CASE NO. 2:10CV0052 |
| FRANK AND LORI GAUTHIER, individually, ) | Judge Haynes |
| and/or FRANK GAUTHIER and LORI ) | |
| GAUTHIER d/b/a CRANKY FRANKIE'S; and ) | |
| JAMESTOWN SPORTS GRILL, INC. and/or ) | |
| JAMESTOWN SPORTS GRILL, INC. d/b/a ) | |
| CRANKY FRANKIE'S, ) | |
| ) | |
| Defendants/Counter-Plaintiffs/ ) | |
| Third Party Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| MANAGING AGENCY PARTNERS, LTD., ) | |
| TRAVELERS SYNDICATE MANAGEMENT, ) | |
| LTD., HISCOX SYNDICATES LTD., ) | |
| BEAZLEY FURLONGE LTD., OMEGA ) | |
| UNDERWRITING AGENTS, LTD., BRIT ) | |
| SYNDICATES LTD., JUBILEE MANAGING ) | |
| AGENCY, LTD., R. J. KILN AND CO., LTD., ) | |
| AMLIN UNDERWRITING, LTD., ADVENT ) | |
| UNDERWRITING LTD., SAGICOR AT ) | |
| LLOYD'S LIMITED, and LIBERTY ) | |
| SYNDICATE MANAGEMENT LTD., ) | |
| ) | |
| Third Party Defendants. ) | |

## CERTIFICATE OF SERVICE

This is to certify that I have filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record in this action:

J. Brandon McWherter, Esq.
Clinton H. Scott, Esq.
**GILBERT RUSSELL McWHERTER, PLC**
101 North Highland Ave.
Jackson, Tennessee 38301
(731) 664-1340
(731) 664-1540 (fax)

This 18th day of January 2011.

*/s/ Renee Levay Stewart*
Renee Levay Stewart
Tennessee Bar No. 018768
**NORTH, PURSELL, RAMOS
 & JAMESON, PLC**
414 Union Street
Bank of America Plaza, Suite 1850
Nashville, TN 37219
(615) 255-2555
(615) 255-0032 (fax)
rlstewart@nprjlaw.com

*Attorney for Plaintiff/Counter-Defendant/Third Party Defendants*

{1000008/0003/00132421.DOCv1}